FLORENCE T. NAKAKUNI       #2286
United States Attorney
District of Hawaii

MARK A. INCIONG    CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00707 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| DOUGLAS FARRAR, SR.,    (01) | ) | |
| | ) | |
| Defendant. | ) | OLD TRIAL DATE: 04/11/17 |
| | ) | NEW TRIAL DATE: 08/15/17 |

         STIPULATION CONTINUING TRIAL DATE AND
         EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

      A.  The United States of America and the Defendant,

Douglas Farrar, Sr., through their respective attorneys, hereby

agree and stipulate to continue the trial in this case and to

exclude the time period from April 11, 2017 and the new trial

date from computation under the Speedy Trial Act.  The reason

for the continuance is that counsel for the defendant will

require additional time to review new discovery in this matter

which will be produced shortly by the Government.   The time is
needed so counsel for defendant may exercise due diligence and,
if necessary, conduct additional investigation to effectively
represent his client.   Further time is also needed to assess any
available defenses and to prepare for trial.   In addition,
undersigned counsel for the Government is scheduled to be out of
the district, representing the U.S. Attorney's Office at the
Department of Justice's annual International Coordinators'
Conference, on the current trial date.   Thus, the Government
has no objection to the continuance.

      B.   The parties further agree that the ends of justice
served by the continuance outweigh the best interests of the
Defendant and the public in a speedy trial, and:

      1.   The failure to grant such a continuance would be
likely

           \_\_\_\_to make a continuation of such proceeding
impossible

            X to result in a miscarriage of justice.

      2.   The case is so

           \_\_\_unusual

           \_\_\_complex

due to

           \_\_\_the number of defendants

           \_\_\_the nature of the prosecution

_____the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3.  The failure to grant the continuance would

_____deny the defendant reasonable time to obtain counsel

_____unreasonably deny the defendant continuity of counsel

_X_ unreasonably deny the government continuity of counsel

_X_ deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

_____deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.  (Other factors considered)_____.

C.  The parties further agree that the period of time from April 11, 2017 to and including August 15, 2017, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must

commence pursuant to the Speedy Trial Act, 18 U.S.C.

§§ 3161(h)(7)(A) and (h)(7)(B).

DATED: January 27, 2017, Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


By  /s/ Mark A. Inciong
MARK A.INCIONG
Assistant U.S. Attorney


 /s/ Rustam A. Barbee
RUSTAM A. BARBEE, ESQ.
Attorney for Defendant
DOUGLAS FARRAR, SR. (01)

## ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME

The above Stipulation Continuing Trial Date And Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court. For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for August 15, 2017 at 9:00 a.m., before the Honorable Susan Oki Mollway;

(2) the final pretrial conference is set for July 17, 2017 at 1:30 p.m. before the Honorable Kenneth J. Mansfield;

(3) defense motions are due on July 3, 2017 and the government's responses are due on July 17, 2017.

IT IS FURTHER ORDERED that the period of time from April 11, 2017 to and including August 15, 2017, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED: January 30, 2017, Honolulu, Hawaii.



            /s/ Susan Oki Mollway
            Susan Oki Mollway
            United States District Judge

UNITED STATES v. DOUGLAS FARRAR, SR., CR. No. 14-00707 SOM, "Stipulation and Order Continuing Trial Date, and Excluding Time Under the Speedy Trial Act