ELLIOT ENOKI            #1528
Acting United States Attorney
District of Hawaii

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 14-00707 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| DOUGLAS FARRAR, SR., (01) | ) | |
| | ) | |
| Defendant. | ) | OLD TRIAL DATE: 08/15/17 |
| | ) | NEW TRIAL DATE: 10/17/17 |

STIPULATION CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.   The United States of America and the Defendant,

Douglas Farrar, Sr., through their respective attorneys, hereby

agree and stipulate to continue the trial in this case and to

exclude the time period from August 15, 2017 and the new trial

date from computation under the Speedy Trial Act.   Due to the

respective trial calendars of counsel for both parties, a

continuance of the current trial date is necessary.   Defense

counsel also requires additional time to review discovery recently produced by the Government in order to exercise due diligence and, if necessary, conduct additional investigation to effectively represent his client.

      B.   The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and:

      1.   The failure to grant such a continuance would be likely

        \_\_\_to make a continuation of such proceeding impossible

        \_X\_to result in a miscarriage of justice.

      2.   The case is so

        \_\_\_unusual

        \_\_\_complex

due to

        \_\_\_the number of defendants

        \_\_\_the nature of the prosecution

        \_\_\_the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3.   The failure to grant the continuance would

    ___deny the defendant reasonable time to obtain

counsel

    ___unreasonably deny the defendant continuity of

counsel

    _X_unreasonably deny the government continuity

of counsel

    _X_deny counsel for the defendant the reasonable

time necessary for effective preparation, taking

into account the exercise of due diligence

    ___deny counsel for the government the reasonable

time necessary for effective preparation, taking

into account the exercise of due diligence.

4.   (Other factors considered)_____.

C.   The parties further agree that the period of time
from August 15, 2017 to and including October 17, 2017,
constitutes a period of delay which shall be excluded in
computing the time within which the trial in this case must
commence pursuant to the Speedy Trial Act, 18 U.S.C.
§§ 3161(h)(7)(A) and (h)(7)(B).

//

//

//

//

DATED: July 12, 2017, Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By  /s/ Mark A. Inciong
     MARK A.INCIONG
     Assistant U.S. Attorney


     /s/ Rustam A. Barbee
     RUSTAM A. BARBEE, ESQ.
     Attorney for Defendant
     DOUGLAS FARRAR, SR.

<u>ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME</u>

The above Stipulation Continuing Trial Date And Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court.  For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for October 17, 2017 at 9:00 a.m., before the Honorable Susan Oki Mollway;

(2) the final pretrial conference is set for September 18, 2017 at 1:30 p.m. before the Honorable Kenneth J. Mansfield;

IT IS FURTHER ORDERED that the period of time from August 15, 2017 to and including October 17, 2017, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED: <u>July 12, 2017</u>, Honolulu, Hawaii.



<u>  /s/ Susan Oki Mollway          </u>
Susan Oki Mollway
United States District Judge

<u>UNITED STATES v. DOUGLAS FARRAR, SR.</u>
CR. No. 14-00707 SOM
"Stipulation and Order Continuing Trial Date
 and Excluding Time Under the Speedy Trial Act